United States District Court
Southern District of Texas
**ENTERED**
May 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 4:22-CR-630 |
| JOSHUA BATTS,<br>Defendant | § § | |

## ORDER

Upon the motion of the United States, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, it is hereby **ORDERED** that Count One of the Felony Indictment in the above styled case be dismissed without prejudice against defendant, Joshua Batts.

Entered this ____2nd____ day of ____May____, 2023.

_____

**UNITED STATES DISTRICT JUDGE**